MARCH 8, 1965.

No. 245. WATERMAN STEAMSHIP CORP. *v.* UNITED STATES. C. A. 5th Cir. (Certiorari granted, 379 U. S. 927.) Joint motion to remove case from summary calendar granted and 15 additional minutes allotted to each side for oral argument. *John W. McConnell, Jr.,* for petitioner. *Solicitor General Cox* for the United States.

No. 300. FORTSON, SECRETARY OF STATE OF GEORGIA, ET AL. *v.* TOOMBS ET AL. (379 U. S. 621.) Motion of appellees to retax costs granted and it is ordered that the judgment of this Court be amended to provide that appellants shall recover one-half of their costs. *Francis Shackelford, Emmet J. Bondurant II, J. Quentin Davidson, Edward S. White, Israel Katz* and *Hamilton Lokey* for appellees on the motion. *Eugene Cook,* Attorney General of Georgia, and *E. Freeman Leverett,* Deputy Assistant Attorney General, for appellants, in opposition.

No. 345. MARYLAND FOR THE USE OF LEVIN ET AL. *v.* UNITED STATES. C. A. 3d Cir. (Certiorari granted, 379 U. S. 877.) Motion of petitioners to remove case from summary calendar denied. *Theodore E. Wolcott* on the motion.

No. 814. LANDON *v.* NORTHERN NATURAL GAS CO. C. A. 10th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 815. COMISARIA GENERAL DE ABASTECIMIENTOS Y TRANSPORTES *v.* VICTORY TRANSPORT INC. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.